1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSEPH MARTORANA,                              1:07-CV-1203  AWI  DLB  (HC)

             Petitioner,

                                          **ORDER AUTHORIZING**

v.                                             **IN FORMA PAUPERIS STATUS**

K. MENDOZA-POWERS, Warden,

             Respondent.

_____/

      Petitioner is a state federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.


      IT IS SO ORDERED.

      **Dated:   August 30, 2007**                   _____ **/s/ Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE