# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTORANA, | 1:07-CV-01203 AWI DLB HC |
|         Petitioner, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED UPON RESPONDENT FOR FAILURE TO COMPLY WITH COURT ORDER |
|   v. | |
| K. MENDOZA-POWERS, Warden, | [Doc. 7] |
|         Respondent. / | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the petition for writ of habeas corpus on August 17, 2007. By order of October 19, 2007, the court directed Respondent to file a response within ninety days from the date of service of that order. The order was properly served on Respondent by electronic email via the Court's Case Management Electronic Case File System. Over ninety days have passed and Respondent has failed to file a response.

    Local Rule 11-110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

    Accordingly, it is HEREBY ORDERED within **twenty (20)** days of service of this order, to SHOW CAUSE why appropriate sanctions should not be imposed for failing to obey a court order.

    IT IS SO ORDERED.

Dated:   **February 6, 2008**          **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE